

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00349-CV

| | | |
|---|---|---|
| GIANT RESOURCES, LP AND MICHAEL GUTIERREZ D/B/A GIANT RESOURCES/GUTIERREZ JOINT VENTURE, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-301950-18) |
| V. | § | July 21, 2022 |
| LONESTAR RESOURCES, INC., LONESTAR RESOURCES AMERICA, INC., AND EAGLEFORD GAS 8, LLC, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Giant Resources, LP and Michael Gutierrez d/b/a Giant Resources/Gutierrez Joint Venture shall pay all costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach